UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CR-00075-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHEIK FOFANAH | ) | |

This matter is before the court on the government's unopposed motion to continue sentencing and motion to seal the same. For good cause shown, the motions are ALLOWED. Sentencing is CONTINUED to 30 September 2013.

This 14 August 2013.

_____
W. Earl Britt
Senior U.S. District Judge