UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CR-75-2-BR

UNITED STATES OF AMERICA,              )
                                       )
              v.                       )              ORDER
                                       )
AMADOU BALDE                           )


        This matter is before the court on defendant's letter dated 14 November 2013.  (DE # 98.)

Defendant states, "I request a 'new trial' due to the jury not hearing my 'own' testimony because

my attorney: Ms. Jennifer H. Rose . . ., denied me my constitutional right to testify on my 'own'

behalf."  (Id. at 1-2.)  Defendant further provides, "[M]y defense was not presented due to my

defense attorney disallowing me to testify as a witness for myself."  (Id. at 2.)  The court

construes this letter as a motion for a new trial and sets an evidentiary hearing on this limited

issue for 2 December 2013.  New counsel is hereby APPOINTED to represent defendant for the

limited purpose of this motion and hearing.  Ms. Rose is hereby DIRECTED to attend the 2

December 2013 evidentiary hearing.  Any party desiring to file any materials relevant to said

hearing shall do so on or before noon, 27 November 2013.  Sentencing is CONTINUED to 4

February 2014.

        This 20 November 2013.



                                        _____
                                        W. Earl Britt
                                        Senior U.S. District Judge