THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00075-BR-2

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )
                                   )          O R D E R
AMADOU BALDE,                      )
                                   )
            Defendant.             )

This matter is before the court on Defendant's motion for court records and supplementation of the record on appeal with the transcript of Sheik Fofanah's trial testimony. [DE-130]. Defendant asserts that on November 10, 2014, he received records from his counsel that should have constituted the record on appeal and that Fofanah's trial testimony was not included in the documents. Def.'s Mot. ¶¶ 1, 3. Defendant asks the court to provide him with a copy of the transcript of Fofanah's trial testimony and add it to the record on appeal.

On December 24, 2014, the Fourth Circuit entered an order directing Defendant's counsel to provide him with a transcript of Fofanah's trial testimony. *United States v. Balde*, No. 14-4135, [DE-44] (4th Cir. Dec. 24, 2014). Therefore, Defendant has received the requested relief from the Court of Appeals and his motion in this regard is denied. The docket in this matter also reflects that the transcript of Fofanah's trial testimony was filed on October 21, 2013, and is found at Docket Entry No. 94 and the electronic record in this case, including all transcripts on file, was transmitted to the Court of Appeals on July 21, 2014 [DE-129]. Therefore, the transcript of Fofanah's trial testimony has already been transmitted to the Court of

Appeals, and the motion in this regard is denied.

SO ORDERED, this the 29th day of December 2014.

_____
Robert B. Jones, Jr.
United States Magistrate Judge

2